IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-02139-WYD-KLM

DEBORAH MOORE,

    Plaintiff,

v.

LIFE INSURANCE COMPANY OF NORTH AMERICA, a Pennsylvania corporation,

    Defendant.
_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant **LINA's Unopposed Motion for Leave to File the Administrative Record in Paper Form** [Docket No. 10; Filed November 24, 2009] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  Defendant Life Insurance Company of America may file in paper format the administrative record in this case.

Dated:  November 25, 2009