IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  09-cv-02139-WYD-KLM

DEBORAH MOORE,

    Plaintiff,

v.

LIFE INSURANCE COMPANY OF NORTH, a Pennsylvania corporation,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER is before the Court on the Joint Stipulation for Dismissal (docket #30), filed February 19, 2010.  After a careful review of the file, the Court has concluded that pursuant to Fed. R. Civ. P. 41(a)(1), the stipulation should be approved and this matter should be **DISMISSED WITH PREJUDICE**.  Accordingly, it is

ORDERED that the Joint Stipulation for Dismissal (docket #30) is **APPROVED**, and this matter is **DISMISSED WITH PREJUDICE**, each party to bear its own attorney's fees and costs.

    Dated:  February 19, 2010

                                        BY THE COURT:

                                        s/ Wiley Y. Daniel
                                        Wiley Y. Daniel
                                        Chief United States District Judge